D. Neal Tomlinson, Esq.
Nevada Bar No. 6851
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: ntomlinson@swlaw.com

Arthur S. Rose, Esq.
Michael K. Friedland, Esq.
Nicholas M. Zovko, Esq.
(admitted *pro hac vice*)
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502
Email: art.rose@knobbe.com
michael.friedland@knobbe.com
nicholas.zovko@knobbe.com

*Attorneys for Plaintiffs and Counterdefendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRIAS HOLDING COMPANY, a Nevada corporation; and LAS VEGAS LIMOUSINES, a Nevada corporation,<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>LIMOUSINE INTERNATIONAL.COM, INC., a Washington corporation; DANIEL BAGDASAROV, an individual; and GARRI BAGDASAROV, an individual,<br><br>　　　　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:12-cv-00841-GMN-CWH<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Hon. Gloria M. Navarro<br>Hon. Carl W. Hoffman |

1   On April 15, 2013, Plaintiffs and Counterdefendants FRIAS HOLDING COMPANY and LAS VEGAS LIMOUSINES (collectively, "Plaintiffs") filed their Unopposed Motion for Leave to File their First Amended Complaint in this action (the "Motion").  The Court, having considered Plaintiffs' Motion and all papers filed in support thereof or otherwise relating thereto, and good cause appearing therefor, hereby **ORDERS** as follows:

1. Plaintiffs' Motion is **GRANTED**.
2. Plaintiffs shall electronically file their First Amended Complaint within five (5) Court days from the date that this Order is entered.

**IT IS SO ORDERED** this 12th day of June, 2013.

_____
Gloria M. Navarro
United States District Judge

- 1 -